

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| RUDOLPH AUTOMOTIVE, LLC D/B/A RUDOLPH MAZDA, | § | No. 08-24-00142-CV |
| | § | Appeal from the |
| Appellant, | § | 384th District Court |
| v. | § | of El Paso County, Texas |
| ANDREA JUAREZ, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF IRMA VANESSA VILLEGAS, DECEASED, | § | (TC# 2015-DCV-0473) |
| | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the court's order, and the case is remanded for the trial court to harmonize the verdict and enter judgment. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 20th day of August 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., dissents without opinion.